# Order

**Michigan Supreme Court**
**Lansing, Michigan**

August 29, 2006

Clifford W. Taylor,
Chief Justice

128524

Michael F. Cavanagh
Elizabeth A. Weaver
Marilyn Kelly
Maura D. Corrigan
Robert P. Young, Jr.
Stephen J. Markman,
Justices

PEOPLE OF THE STATE OF MICHIGAN,
      Plaintiff-Appellee,

v

                                         SC: 128524
                                         COA: 259196
                                         Wexford CC: 03-006989-FH

EVELYN KAY BARTHOLOMEW,
      Defendant-Appellant.

_____/

      By order of November 9, 2005, the application for leave to appeal was held in abeyance pending the decision in *People v Drohan* (Docket No. 127489). On order of the Court, the opinion having been issued on June 13, 2006, 475 Mich 140 (2006), the application is again considered, and it is DENIED, because we are not persuaded that the questions presented should be reviewed by this Court.



      I, Corbin R. Davis, Clerk of the Michigan Supreme Court, certify that the foregoing is a true and complete copy of the order entered at the direction of the Court.

August 29, 2006

_____
Clerk

l0821